## SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT & POWER DIST. *v.* CITY OF MESA.

No. 803.   Decided April 15, 1963.

*William R. Meagher* for appellant.

*J. La Mar Shelley, Charles S. Rhyne, Brice W. Rhyne* and *Alfred J. Tighe, Jr.* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## DANIELS *v.* UNITED STATES ET AL.

No. 814.   Decided April 15, 1963.

*John W. Bonner* for appellant.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Robert W. Ginnane* and *Arthur J. Cerra* for the United States and the Interstate Commerce Commission; *Newell Gough, Jr.* and *Edwin S. Booth* for Great Northern Railway Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.